STATE OF CONNECTICUT *v.* MILTON KIRTON
(13988)

DUPONT, C. J., and SCHALLER and SPEAR, Js.
Argued May 31—decision released June 27, 1995

*Earle Giovanniello,* with whom, on the brief, was *Beverly G. Carswell,* for the appellant (defendant).

*Christopher T. Godialis,* deputy assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Joseph Harry,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.